[No. 1109, January 31, 1906.]

PAULITA CANDELARIA, by EMIGRAN CANDELARIA, Her Natural and Statutory Guardian, Appellee, v. EPIMENIO A. MIERA, Appellant.

Appeal from the district court of Sandoval county, before IRA A. ABBOTT, Associate Justice. Affirmed.

GEO. W. PRICHARD and E. V. CHAVES, for appellant.

SUMMERS BURKHART, for appellee.

#### OPINION OF THE COURT.

PARKER J.—The facts in this case are the same as in the case of Andres Candelaria v. Epimenio A. Miera, decided at this term, and the judgment will be affirmed upon the authority in that case, and it is so ordered.

William J. Mills, C. J., John R. McFie, A. J., Wm. H. Pope, A. J., Edward A. Mann, A. J., concur.